# United States Bankruptcy Court
## Middle District of Pennsylvania

In re  **Melissa Marie Coomer**                                      Case No.  **1:17-bk-2756-HWV**
                              Debtor(s)                              Chapter   **7**

## Notice of Change of Address

Debtor's Social Security Number:     **xxx-xx-5645**

**My (Our) Former Mailing Address and Telephone Number was:**

Name:              **Melissa Marie Coomer**

Street:            **329 West Main Avenue**

City, State and Zip:   **Myerstown, PA 17067**

Telephone #:

**Please be advised that effective September 12, 2017,**
**my (our) new mailing address and telephone number is:**

Name:              **Melissa Marie Coomer**

Street:              **41 Laurie Lane**

City, State and Zip:   **Lititz, PA 17543**

Telephone #:

                                                          **/s/ Melissa Marie Coomer**
                                                          **Melissa Marie Coomer**
                                                          Debtor