```
                         United States Bankruptcy Court
                         Middle District of Pennsylvania
```

In re:                                                                Case No. 17-02756-HWV
Melissa Marie Coomer                                                  Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0314-1          User: AGarner              Page 1 of 1              Date Rcvd: Nov 15, 2017
                              Form ID: fnldec            Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 17, 2017.
db            +Melissa Marie Coomer,   41 Laurie Lane,   Lititz, PA 17543-8107

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                               TOTAL: 0

                ***** BYPASSED RECIPIENTS *****
NONE.                                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 17, 2017                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 15, 2017 at the address(es) listed below:
              James   Warmbrodt    on behalf of Creditor    BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com
              Leonard  Zagurskie, Jr   on behalf of Debtor 1 Melissa Marie Coomer lzaglaw.usa@startmail.com,
               lzaglaw.usa@startmail.com
              Markian R Slobodian (Trustee)    PA49@ecfcbis.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 4

fnldec (12/15)

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

Melissa Marie Coomer   Chapter 7
41 Laurie Lane   Case No. 1:17−bk−02756−HWV
Lititz, PA 17543

Last four digits of Social−Security, Individual Taxpayer−Identification, Employer Tax−Identification No(s)(if any):
xxx−xx−5645

# FINAL DECREE

The estate of the above named debtor(s) has been fully administered.

**IT IS ORDERED, Markian R Slobodian (Trustee)** is discharged as trustee of the estate of the above−named debtor(s); and the chapter 7 case of the above named debtor(s) is closed.

Dated: November 15, 2017   By the Court,

Honorable Henry W. Van Eck
United States Bankruptcy Judge
By: AGarner, Deputy Clerk